1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    HUNG M NGUYEN,                          No. 2:21-cv-00239-TLN-KJN

12              Plaintiff,                     **ORDER**

13         v.

14    YOLO COUNTY DISTRICT
      ATTORNEY'S OFFICE,
15
                Defendant.
16

17

18         Plaintiff Hung M. Nguyen ("Plaintiff") is proceeding in this action *pro se*. The matter was

19    referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20    302(c)(21).

21         On March 11, 2021, the magistrate judge filed findings and recommendations, which were

22    served on the parties and which contained notice that any objections to the findings and

23    recommendations were to be filed within fourteen (14) days. (ECF No. 4.)  On March 17, 2021,

24    Plaintiff filed Objections to the Findings and Recommendations (ECF No. 5), which have been

25    considered by the Court.

26         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this

27    Court has conducted a *de novo* review of this case. *See McDonnell Douglas Corp. v. Commodore*

28    *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see*

1    *also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  Having reviewed the file under the

2    applicable legal standards, the Court finds the Findings and Recommendations to be supported by

3    the record and by the magistrate judge's analysis.

4            Accordingly, IT IS HEREBY ORDERED that:

5            1.   The Findings and Recommendations (ECF No. 4) are ADOPTED IN FULL;

6            2.   Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice; and

7            3.   The Clerk of Court is directed to close this case.

8            IT IS SO ORDERED.

9    DATED: April 13, 2021

10

11

12    _____
        Troy L. Nunley
13        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2